**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

UNITED STATES OF AMERICA  :
          :
          :
v.          :  CASE NO.: CR207-37
          :
          :
STEVEN WILLIAMS    :

## O R D E R

The United States Probation Office has filed a Report alleging that Defendant violated the conditions of his supervised release. Defendant was subsequently arrested, and counsel was appointed to represent him. Defendant Williams, after consultation with counsel, filed a "Waiver of Right to Preliminary Revocation Hearing."

Accordingly, it is hereby **ORDERED** that Defendant Steven Williams be held for a revocation hearing.

**SO ORDERED**, this _19th_ day of December, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE