# United States District Court
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 FEB 15 PM 1:04

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA
V.

Steven Williams

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

Case Number:  CR207-00037-001

USM Number:  06967-021

Randall A. Jordan
Defendant's Attorney

**THE DEFENDANT:**

[ ] admitted guilt to violation of standard, special, and mandatory conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | November 14, 2007 |

**See page 2 for additional violations.**

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No:  XXX-XX-2631

Defendant's Date of Birth:  August 29, 1971

February 15, 2008
Date of Imposition of Judgment

_____
Signature of Judge

Defendant's Residence Address:
214 Nottingham Drive
Brunswick, Georgia 31525

Defendant's Mailing Address:
214 Nottingham Drive
Brunswick, Georgia 31525

Judge, U.S. District Court
Name and Title of Judge

February 15, 2008
Date

DEFENDANT: Steven Williams
CASE NUMBER: CR207-00037-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant committed another Federal, state, or local crime (mandatory condition). | November 30, 2007 |
| 3 | The defendant failed to follow the instructions of the probation officer (standard condition). | November 30, 2007 |
| 4 | The defendant failed to submit truthful and complete written reports within the first 5 days of each month (standard condition). | November 27, 2007 |
| 5 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 26, 2008 |
| 6 | The defendant refused to submit to a random urinalysis as directed (special condition). | January 29, 2008 |

DEFENDANT: Steven Williams
CASE NUMBER: CR207-00037-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>36 months</u>.

[X] The Court makes the following recommendations to the Bureau of Prisons:

That the defendant, if qualified, be imprisoned at the facility located in Jesup, Georgia. Further, as an alternative, if the defendant does not qualify for the facility in Jesup, Georgia, that he be imprisoned at the facility located in Atlanta, Georgia.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

United States Marshal

By_____

Deputy United States Marshal